UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 8:17-cv-00663-FJS-DJS |
| MADDEN'S PUB LLC, et al. | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to 41(a)(1)(A)(i), Plaintiff requests the voluntary dismissal of **ALL DEFENDANTS** from this action with prejudice.

Respectfully submitted,

Dated: August 28, 2017    By:   /s/ Jon D. Jekielek
Jon D. Jekielek, Esq.
JEKIELEK & JANIS LLP
153 West 27th Street, Suite 204
New York, NY 10001
T: (212) 686-7008
F: (646) 657-3265
jon@jj-lawyers.com

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: August 28, 2017
Syracuse, NY